UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                 1:08-mj-1618-TSH
                                    TEXAS CASE No. H-07-524

THOMAS DAVID WATT,

    Defendant.

## ORDER

The sum of $75,000.00 was deposited into the Registry of this Court on February 20, 2008, by the Defendant, Thomas David Watt, to secure his appearance before the Court for charges pending against him in the U.S. District Court in the Southern District of Texas.

It is, therefore, now ORDERED, that the Clerk of the Court is hereby directed to issue a treasury check payable to Clerk, U.S. District Court for the Southern District of Texas in the amount of $75,000.00 representing the transfer of said bail deposit.

Dated:   June 3, 2008                                               /s/ Timothy S. Hillman
                                                                     Timothy S. Hillman
                                                                       United States Magistrate Judge